■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORRELL WASHINGTON, Appellant. [727 NYS2d 883] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Copertino, J.), rendered May 3, 1999, convicting him of criminal possession of a forged instrument in the second degree and insurance fraud in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly exercised its discretion in denying the defendant's request for an adjournment to secure the attendance of two additional witnesses. The defendant did not demonstrate due diligence in seeking to secure the attendance of these witnesses (see, People v Degondea, 269 AD2d 243; People v Queen, 258 AD2d 480; People v Blasini, 253 AD2d 886).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Santucci, J. P., Goldstein, H. Miller and Crane, JJ., concur.

(July 9, 2001)

■ AMNON BEN-AROYA, Plaintiff, v DAVID M. PLOTKE, Defendant. MERGIM BAZHDARI, Nonparty Appellant; FELBERBAUM, HALBRIDGE & WIRTH, Nonparty Respondent. [727 NYS2d 896] —In an action to recover damages for personal injuries, Mergim Bazhdari appeals from an order of the Supreme Court, Suffolk County (Doyle, J.), dated September 5, 2000, which awarded Felberbaum, Halbridge & Wirth 25% of the total attorney's fee due from a settlement in the underlying personal injury action and an award in the related underinsured motorist arbitration proceeding.

Ordered that the order is affirmed, with costs.

Contrary to the appellant's contention, the Supreme Court providently exercised its discretion in apportioning the attorney's fee in this case (see, Ebrahimian v Long Is. R. R., 269 AD2d 488; Melvin v City of New York, 244 AD2d 390; Matter of Budin Reisman & Schwartz v Giamboi, Reiss & Squitieri, 224 AD2d 325). Ritter, J. P., Altman, McGinity, Smith and Cozier, JJ., concur.